IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELLISON ROBERT BURNS, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-170
)
GEORGIA STEVEDORE ASSOCIATION, )
INC., )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 10.) Although no formal objections have been filed, Plaintiff submitted a "Motion Not to Dismiss," which this Court construes as an objection. (Doc. 13.) However, the Court finds Plaintiff's contentions to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Although Plaintiff has been provided leave to amend, he has still failed to properly plead his claim. Therefore, Plaintiff's claim is **DISMISSED WITH PREJUDICE**. See Jemison v. Wise, 386 Fed. App'x 961, 965 (11th Cir. 2010) (unpublished). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of January 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA